**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALEXANDER BAKER, et al,

                Plaintiffs,

-against-                             22 **CIVIL** 1599 (LLS)

**JUDGMENT**

BROADCAST MUSIC, Inc.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 26, 2022, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
       September 30, 2022

                                                  **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                         **BY:**

                                                        **Deputy Clerk**