ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER C BAKER, ET AL.,
           Plaintiffs,

    - against -

BROADCAST MUSIC INCORPORATED, AKA BMI,
           Defendant.

22 Civ. 1599 (LLS)

ORDER

    Appellant has leave to proceed in forma pauperis.

    So Ordered.

Dated:  New York, New York
       December 21, 2022

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.